# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
12/27/2018
CT Log Number 534640737

**TO:** Carol Herceg
The Prudential Insurance Company of America
2101 Welsh Road, Law Dept.
Dresher, PA 19025

**RE:** Process Served in Kentucky

**FOR:** The Prudential Insurance Company of America  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TAMMY ALIFF, PLTF. vs. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, DFT. |
| **DOCUMENT(S) SERVED:** | Cover Sheet, Summons, Complaint |
| **COURT/AGENCY:** | Madison County Circuit Court, KY<br>Case # 18CI00740 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/27/2018 postmarked on 12/21/2018 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | ELIZABETH A. THORNSBURY<br>Mehr, Fairbanks & Peterson Trial Lawyers, PLLC<br>201 West Short Street, Suite 800<br>Lexington, KY 40507<br>859-225-3731 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/27/2018, Expected Purge Date: 01/01/2019<br><br>Image SOP<br><br>Email Notification,  Legal Process Unit  legal.process.unit@prudential.com<br><br>Email Notification,  Carol Herceg  carol.herceg@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of 1 / AB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ALLEE COMBS WHICKER
101 WEST MAIN STREET
RICHMOND KY 40475


91 7199 9991 7030 2212 1424


U.S. POSTAGE ›› PITNEY BOWES
ZIP 40475 $ 006.16⁰
02 4W
0000340250 DEC 21 2018

CT Corporation System
306 W Main St., Ste. 512
Frankfort, KY 40601
18-CI-00740



Allee Combs Whicker, Madison Circuit Clerk
P.O. Box 1243, 101 West Main Street
Richmond, KY 40475-0813

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KY 40601



# KCOJ eFiling Cover Sheet

Case Number: 18-CI-00740

Envelope Number: 1372685

Package Retrieval Number: 1372685100l6321@000000113597

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 11.98

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000001 of 000008

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00740**<br>Court:   **CIRCUIT**<br>County: **MADISON** |

*Plantiff*, **ALIFF, TAMMY VS. THE PRUDENTIAL INSURANCE CO. OF AMERICA**, *Defendant*

**TO:  CT CORPORATION SYSTEM**
      **306 WEST MAIN STREET, SUITE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is THE PRUDENTIAL INSURANCE CO. OF AMERICA

The Commonwealth of Kentucky to Defendant:
**THE PRUDENTIAL INSURANCE CO. OF AMERICA**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Allie Combs Whicker*
Madison Circuit Clerk
Date: **12/18/2018**

Presiding Judge: HON. JEAN C. LOGUE (625304)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 _____            _____
                                                              Served By

                                                                                   _____
                                                                                    Title

Summons ID: 137268510016321@00000113597
CIRCUIT: 18-CI-00740 Certified Mail
ALIFF, TAMMY VS. THE PRUDENTIAL INSURANCE CO. OF AMERICA



Page 1 of 1

**eFiled**

Package : 000002 of 000008

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

**TAMMY ALIFF**                                                                                    **PLAINTIFF**

vs.                                                       **COMPLAINT**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA                           **DEFENDANT**

    **To be served through:**
    CT Corporation System
    306 West Main Street
    Suite 512
    Frankfort, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Tammy Aliff, and for her Complaint against Defendant The Prudential Insurance Company of America, states as follows:

1. The Plaintiff, Tammy Aliff, is a citizen and resident of Madison County, Kentucky.

2. Defendant The Prudential Insurance Company of America ("Prudential") is an insurance company believed to be domiciled in the state of Arizona, with its principal office located at 8601 North Scottsdale Rd, Suite 300, Scottsdale, AZ 85253.

3. Defendant is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority. Prudential's service of process agent is CT Corporation System, located at 306 West Main Street, Suite 512, Frankfort, KY 40601.

4. Jurisdiction is proper in this Court because Prudential transacts business, issued a policy of insurance in, and caused damages in the Commonwealth of Kentucky, and Plaintiff resides in, and was caused harm in, Madison County, Kentucky.

Presiding Judge: HON. JEAN C. LOGUE (625304)
Package : 000003 of 000008

Filed        18-CI-00740    12/18/2018        Allee Combs Whicker, Madison Circuit Clerk

5. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Catholic Health Initiatives ("CHI") employed as a Clinic Administrator.

6. The Defendant supplied and issued a policy of insurance to CHI, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable insurance policy number is believed to be 49038 / 00005.

7. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

8. Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at CHI and any other gainful occupation.

9. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> You are disabled when Prudential determines that:
>
> - you are unable to perform the *material and substantial duties* of your *regular occupation* due to your *sickness* or *injury*; and
>
> - you are under the *regular care* of a *doctor*; and
>
> - you have a 20% or more loss in *monthly earnings* due to that sickness or injury.
>
> After 24 months of payments, you are disabled when Prudential determines that due to the same sickness or injury:
>
> - you are unable to perform the duties of any *gainful occupation* for which you are reasonably fitted by education, training or experience; and
>
> - you are under the regular care of a doctor.

2

Filed        18-CI-00740    12/18/2018        Allee Combs Whicker, Madison Circuit Clerk

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000004 of 000008

Filed                18-CI-00740    12/18/2018           Allee Combs Whicker, Madison Circuit Clerk

> The loss of a professional or occupational license or certification does not, in itself, constitute disability.[1]

10. The Plaintiff, while working at CHI, became disabled as defined in her insurance policy on or about August 2015, and remains disabled.

11. The Plaintiff was and has been unable to perform the material duties of her own occupation, and any other gainful occupation, since on or about August 3, 2015, as a result of injury or sickness.

12. The Plaintiff was approved for short-term disability benefits for the maximum duration allowable.

13. The Plaintiff thereafter applied for long-term disability benefits with the Defendant in a timely fashion, in the manner outlined in the insurance policy. Defendant's claim number for Plaintiff is 12174765.

14. Defendant denied Plaintiff's claim, but after a timely appeal, Plaintiff's LTD claim was approved on December 13, 2016 with an effective date of January 30, 2016.

15. Plaintiff continued to provide proof that she was disabled from work, and that she was unable to perform her own occupation and any other occupation.

16. On or about January 18, 2018, Defendant denied Plaintiff's LTD claim beyond January 29, 2018.

17. Plaintiff submitted a timely appeal to the Defendant by letter dated June 21, 2018, requesting that the Defendant reconsider its denial of benefits.

18. On July 9, 2018, the Social Security Administration approved Ms. Aliff's claim for social security disability benefits with an effective date of disability of August 3, 2015.

---

[1] Emphasis in original.

3

Filed                18-CI-00740    12/18/2018           Allee Combs Whicker, Madison Circuit Clerk

This information was provided to Prudential in further support of Ms. Aliff's LTD appeal.

19. By letter dated November 21, 2018, Defendant upheld the denial of Plaintiff's LTD claim.

20. The November 21, 2018, letter stated that Plaintiff "may file a lawsuit under the Employee Retirement Income Security Act (ERISA)."

21. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

22. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

23. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

24. Plaintiff also had, at all times relevant to the claims asserted herein, life insurance coverage with Defendant through her employment with CHI.

25. The life insurance policy, group control number 49038, contains a waiver of premium provision, whereby premiums are to be waived when the claimant is disabled.

26. Plaintiff's life insurance policy provides the following definition:

    Total Disability: You are "Totally Disabled" when:

    1. You are not working at any job for wage or profit; and
    2. Due to Sickness, Injury or both, you are not able to perform for wage or profit, the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience.

27. Plaintiff timely, and in the manner set forth in the applicable policy, submitted a waiver of premium ("WOP") claim with respect to her life insurance coverage. The claim number for Plaintiff's waiver of premium claim is believed to be 11682499.

4

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000006 of 000008

28. Defendant denied Plaintiff's WOP the claim on or about December 14, 2016.

29. Plaintiff timely, and in the manner set forth in the applicable insurance policy, appealed the waiver of premium claim by letter dated June 9, 2017.

30. In her appeal, Plaintiff submitted additional medical documentation supporting her ongoing disability.

31. By letter dated July 11, 2017, Defendant upheld the denial of Plaintiff's WOP claim.

32. Plaintiff submitted a timely appeal of the WOP denial by letter dated December 22, 2017, which was again denied by Defendant on January 22, 2018.

33. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract, applicable policies, and/or by law.

34. The Plaintiff is entitled to WOP benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

35. The WOP insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

## COUNT I

36. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

37. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denials of benefits under the applicable plan(s) and to recover benefits under the terms of the plan(s).

38. Defendant's decisions to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeals, were wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles

5

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000007 of 000008

Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

39. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

40. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief:

Judgment against Defendant for full contractual benefits under 29 U.S.C. § 1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. § 1132(g) pursuant to ERISA.

Respectfully submitted,

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr, Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Attorney for Plaintiff*

6

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000008 of 000008