**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

TAMMY ALIFF,

        Plaintiff,

  v.                                          CASE NO. 5:19-cv-00013-DCR

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

**JOINT NOTICE OF SETTLEMENT AND REQUEST
FOR STAY OF ALL PENDING DEADLINES**

Plaintiff, Tammy Aliff ("Plaintiff"), and Defendant, The Prudential Insurance Company of America ("Prudential") (collectively "the Parties"), by and through the undersigned counsel, submit this joint notice of settlement and request for a stay of all pending deadlines, and state the following:

1. On September 24, 2019, the parties reached a settlement in principle.

2. As a result of reaching this settlement in principle, the parties request 45 days to finalize the form and content of the final settlement agreement. At or before the end of that 45 day time period, the parties intend to file with the Court formal documentation terminating this action.

3. The parties further request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this notice of pending settlement and request this Court to enter an order to stay all deadlines and hearings until November 8, 2019.

**Dated: September 25, 2019**               Respectfully submitted,

                                                  **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

By  /s/ Julie M. Kamps
    One of its Attorneys

    Ian H, Morrison (*pro hac vice*)
    imorrison@seyfarth.com
    Julie M. Kamps (*pro hac vice*)
    jkamps@seyfarth.com
    SEYFARTH SHAW LLP
    233 S. Wacker Dr., Ste 8000
    Chicago, IL 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    Buddy J. VanCleave
    buddy.vancleave@qpwblaw.com
    Donald L. Miller, II
    dmiller@qpwblaw.com
    QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
    9300 Shelbyville Road, Suite 400
    Louisville, KY 40222
    Telephone: (502) 423-6390
    Facsimile: (502) 423-6391

and

    /s/ *Elizabeth A. Thornsbury* (w/permission)
    Elizabeth A. Thornsbury
    elizabeth@austinmehr.com
    Mehr, Fairbanks & Peterson
    Trial Lawyers, PLLC
    201 West Short Street, Suite 800
    Lexington, KY 40507
    Phone: 859-225-3731
    Fax: 859-225-3830
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on September 25, 2019, I electronically filed the foregoing using the Court's CM/ECF method, which will send notification of such filing to the following:

>Elizabeth A. Thornsbury
>elizabeth@austinmehr.com
>Philip G. Fairbanks
>pgf@austinmehr.com
>Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
>201 West Short Street, Suite 800
>Lexington, KY 40507
>
>*Attorneys for Plaintiff*

>By: */s/ Julie M. Kamps*
>Attorney for Defendant