UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| TAMMY ALIFF,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:19-cv-00013-DCR |

**AGREED ORDER OF DISMISSAL**

** ** ** ** ** ** ** ** ** **

Plaintiff, Tammy Aliff, and Defendant, The Prudential Insurance Company of America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is DISMISSED WITH PREJUDICE and stricken from the Court's docket, with each Party to bear its own costs and fees.

HAVE SEEN AND AGREED:

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

*/s/ Julie M. Kamps* (with permission)
Ian H. Morrison
imorrison@seyfarth.com
Julie M. Kamps
jkamps@seyfarth.com
**Seyfarth Shaw LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Buddy J. VanCleave
buddy.vancleave@qpwblaw.com
**Quintairos, Prieto, Wood & Boyer, P.A.**
9300 Shelbyville Road
Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Julie M. Kamps**
  jkamps@seyfarth.com
- **Donald L. Miller , II**
  dmiller@qpwblaw.com,jahrens@qpwblaw.com,nichole.priddy@qpwblaw.com, jolene.upton@qpwblaw.com,candace.thomas@qpwblaw.com
- **Phillip Lynn Monhollen**
  phillip.monhollen@qpwblaw.com,nichole.priddy@qpwblaw.com, felicia.lafaille@qpwblaw.com
- **Ian H. Morrison**
  imorrison@seyfarth.com,vgavin@seyfarth.com,jkamps@seyfarth.com, CHIDocket@seyfarth.com,vbrown@seyfarth.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Buddy J. VanCleave**
  buddy.vancleave@qpwblaw.com,felicia.lafaille@qpwblaw.com

**Manual Notice List**

- No Manual recipients

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY