UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| TAMMY ALIFF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-013-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Tammy Aliff and Defendant The Prudential Insurance Company of America have tendered a proposed agreed order of dismissal, with prejudice. [Record No. 36] Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order, docketed as a motion [Record No. 36], is **GRANTED.**

2. All claims asserted in this action are **DISMISSED**, with prejudice.

3. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated: October 16, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky